## OLD STONE BANK *v.* BARBARA ANN MURRAY ET AL.
## (10886)

FOTI, LAVERY and FREEDMAN, Js.

Argued December 8, 1992—decision released January 5, 1993

*Barbara A. Murray,* pro se, the appellant (named defendant).

*William K. Eisenman,* with whom, on the brief, was *John P. Fahey,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.